**GREEN & BRADSHAW, P.A.**
SCANNED DOCUMENT(S) COVER SHEET

# EXHIBIT N

IN THE COUNTY COURT, IN AND FOR HERNANDO COUNTY, FLORIDA

STATE OF FLORIDA -vs- HOLMBERG, EDMOND

DATE OF HEARING: 01/07/02
CASE NO: 01002476MMMA
CITATION #:
CHARGE: 001 OBSTRUCT OR OPPOSING A LEO WITHOUT

25058 HOLDEN DRIVE
BROOKSVILLE       FL   34601-       ORDER
DEFENDANT

SPEC ARRAIGNMENT

**DEFENDANT**
- ☐ PRESENT
- ☒ NOT PRESENT
- ☒ REPRESENTED BY MANDER, III A R
- ☐ SPEEDY WAIVED
- ☐ CONTINUED AT REQUEST OF DEFENDANT - STATE - COURT
- ☐ PD APPOINTED
- ☐ WAIVED COUNSEL
- ☒ VIDEO 2:03
- ☐ FTA        ☐ WAIVED
- ☐ WAIVED READING
- ☐ NOT QUALIFIED FOR PD
- ☐ WILL HIRE PRIVATE COUNSEL

**BOND:**
- ☐ ISSUE CAPIAS/BENCH WARRANT
- ☐ BOND SET AT/REDUCED TO $_____
- ☐ BOND ESTREATED-FTA
- ☐ CASH BOND _____ IN AMOUNT OF $_____
- ☐ SURETY BOND N001211253 IN AMOUNT OF $500.00
- ☐ BONDSMAN GENE HOOD BAIL BONDS INC
- ☐ RECALL CAPIAS  ☐ SET ASIDE CAPIAS  ☐ CALL SO _____
- ☐ CONVERT CASH BOND TO FINE - REFUND BALANCE
- ☐ CASH ONLY
- ☒ RELEASED
- ☐ ESTREATURE SET ASIDE

**PLEA:**
- ☐ GUILTY/ADMIT      ☐ NOT GUILTY/DENY
- ☐ NOLO CONTENDERE
- ☐ AMENDED CHARGE OF _____
- ☐ CHANGE OF PLEA     ☐ WRITTEN PLEA

**VERDICT:**
- ☐ GUILTY               ☐ WITHHELD
- ☐ NOT GUILTY           ☒ DISMISSED
- ☐ AMENDED CHARGE
- ☐ MERGE/DISMISS WITH CASE _____
- ☐ NO INFORMATION       ☐ NOLLE PROSEQUI

**SENTENCE:**
- ☐ PLACED ON PROBATION _____ MONTHS
- ☐ COURT SUPERVISED
- ☒ JOIN  ☒ COMPLETED PTI: CDP____ AM____ BIP____ AA____
- ☐ EVALUATE-TREATMENT IF INDICATED
- ☐ NO ALCOHOL/DRUGS     ☐ OBTAIN VALID DL
- ☐ ATTEND  ☐ DUI SCHOOL  ☐ ADV DUI  ☐ DDS  ☐ ADDS
- ☐ DL RVKD _____  ☐ MIN ☐ MAX ☐ NUNC PRO TUNC _____
- ☐ WORK PERMIT WHEN QUALIFIED  ☐ WAIVE COS FEES
- ☐ _____ HOURS COMMUNITY WORK
- ☐ COMMUNITY WORK HOURS IN LIEU OF FINE
- ☐ CAN BUY COMMUNITY WORK HOURS AT $_____ /HR.
- ☐ MOTION: _____
- ☐ HERNANDO JAIL _____ DAY(S)    ☐ SUSPEND _____ DAY(S)
- ☐ CREDIT TIME SERVED _____ DAY(S)
- ☐ CONCURRENT                    ☐ HOUSE ARREST
- ☐ WEEKEND JAIL BEGINNING _____
- ☐ RELEASE TODAY THIS CHARGE    ☐ AFTER PROBATION INTERVIEW
- ☐ NO CONTACT W/ VICTIM         ☐ CHANGE TO "NO VIOLENT CONTACT"
- ☐ ROR UNTIL _____             ☐ TO PAY FINE/COSTS ☐ OR D6 LICENSE
- ☐ TERMINATE PROBATION IN _____ MONTHS IF REQUIREMENTS MET
- ☐ RETAIN JURISDICTION _____   ☐ RESTITUTION
- ☐ OTHER _____

MAKE REMITTANCE PAYABLE TO: CLERK OF COUNTY COURT, 20 N MAIN ST, BROOKSVILLE, FL 34601

**RETURN:** _____ @ _____ AM/PM
- ☐ ARR    ☐ SP ARR      ☐ TRIAL MOTION
- ☐ PTC    ☐ STATUS      ☐ TRIAL
- ☐ VOP    ☐ SENTENCING  ☐ INFRACTION
- ☐ PROOF OF COMPLIANCE TO CLERK'S OFFICE OR APPEAR
- ☐ OTHER _____  ☐ CLERK TO NOTIFY
- ☒ CLOSE CASE

**MONETARY OBLIGATIONS:**
- ☐ FINE/COURT COST ......
- ☐ COURTHOUSE IMPROVEMENT ..
- ☐ D6/LATE FEE .............
- ☐ PDAF .....................
- ☐ BCDF ..(To State Attorney) .......
- ☐ OTHER .....................

☐ YOU MUST APPEAR IN THE COUNTY COURT, IN HERNANDO COUNTY, BROOKSVILLE, FLORIDA, ON THE COURT DATE LISTED ABOVE. FAILURE TO COMPLY MAY RESULT IN A CAPIAS/WARRANT FOR YOUR ARREST.

_____
DEFENDANT/ATTORNEY FOR DEFENDANT

KAREN NICOLAI, CLERK OF CIRCUIT COURT
BY: _Anita Shibe_, D.C.

DONE AND ORDERED IN OPEN COURT/CHAMBERS
THIS _07_ DAY OF _January_, 200_2_.

_____
JUDGE OF COUNTY COURT        SUBD

I hereby certify that the foregoing is a true and correct copy of the document filed in my office. Karen Nicolai, Clerk Circuit Court, Hernando County, Florida. By _____ 10/14/05

FORM 206   DEF/ATTY___ JAIL___ SO___ FAX___ PD___ PROB___ SAO ✓ DV___ PURCH___ COE___ BOND ✓ EXAM___ BONDSMAN___

**GREEN & BRADSHAW, P.A.**
SCANNED DOCUMENT(S) COVER SHEET

# EXHIBIT O

```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
            CASE NO.:  8-04-CV-2723-T-24TGW
DOUGLAS McCLISH, Individually, and
EDMUND HOLMBERG, Individually,

          Plaintiffs,

vs.

RICHARD B. NUGENT, SHERIFF OF HERNANDO
COUNTY, his official capacity, and
DEPUTY SHAWN TERRY, individually, and
DEPUTY "JOHN DOES," individually or
in their supervisory capacity,

          Defendants.
_____/


DEPOSITION OF:      SHAWN TERRY

DATE AND TIME:      August 4, 2005
                    1:30 p.m.
PLACE:              Carolyn F. Engel & Associates
                    309 South Main Street
                    Brooksville, Florida  34601
REPORTED BY:        Kimberly A. Izzo, RPR
                    Registered Professional Reporter
                    Notary Public
                    State of Florida at Large
```

1   A   I don't believe Officer Groves was there
2   when we made the arrest.
3   Q   Did you discuss whether anything in the
4   presence of Officer Groves gave rise to an arrestable
5   offense with him prior to the arrest?
6   A   Can you repeat the question?
7   Q   Did you discuss with Officer Groves whether
8   anything he witnessed gave rise to an arrestable
9   offense while you were with him at the Pazdurs?
10  A   No, I didn't discuss it with him.
11  Q   Did you at any time prior to arresting my
12  client discuss it with him?
13  A   No.
14  Q   How about Sergeant James Holbrook, did he
15  arrive at the scene at any time?
16  A   He did.  If I recall correctly, I think he
17  arrived after we had already effected the arrest of
18  Mr. McClish and Mr. Holmberg.
19  Q   Who effected the arrest of Mr. McClish?
20  A   I did.
21  Q   Who effected the arrest of Mr. Holmberg?
22  A   Deputy Calderon.
23  Q   Did he do that on his own accord or did you
24  direct him to arrest Mr. Holmberg?
25  A   He makes arrests on his own accord.  I

1   cannot order someone to make an arrest.  I did tell
2   him something to the effect of, "Hey, look out," or I
3   basically made Deputy Calderon aware that Mr. Holmberg
4   was coming up behind him, but I did not order him to
5   make an arrest.
6       Q    That's not what I'm asking you--if you
7   ordered him or not.  Did you direct him?
8       A    I did not tell him.  I did not direct him to
9   make an arrest.
10      Q    Okay.  So you didn't say anything, you know,
11  "Arrest Holmberg," or something like that; is that
12  correct?
13      A    I don't know if I said "arrest."  I might
14  have said, you know, in the heat of seeing him running
15  towards a fellow deputy, I might have said, "Hey, get
16  him," or "Look out," or something like that.  I'm not
17  sure exactly what it was.  I definitely made Calderon
18  aware that Mr. Holmberg was coming up behind him.
19      Q    Okay.  The gate is opened up, according to
20  you, by Mr. Baun at about 11:30 at night?
21      A    That's right.  You're telling me it's
22  Mr. Baun.  I never knew his name.  So yes.
23      Q    And you didn't think to get his name?
24      A    No.
25      Q    Okay.  What happened then?